UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JESSE R. ENJAIAN,

    Plaintiff,

    v.

ALM MEDIA PROPERTIES, LLC, et al.,

    Defendants.

_____/

No. C 14-3872 PJH

**JUDGMENT**

This action came on for hearing before the court, and the issues having been duly heard and the court having granted defendants' motion to strike,

it is Ordered and Adjudged

that judgment is entered in favor of defendants ALM Media Properties, LLC, Beth Frerking, and Karen Sloan, and against plaintiff Jesse Enjaian, on the claim asserted against them.

**IT IS SO ORDERED.**

Dated: December 23, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge